Núm. 7232.—PUEBLO, apldo. *v.* RAMOS, aplte.—C. D. Mayagüez. Julio 23, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

POR CUANTO, Santiago Ramos Valentín fué acusado por el Fiscal de Distrito de Mayagüez de la comisión de un delito de escalamiento en primer grado consistente en haber penetrado por la noche voluntaria, ilegal y maliciosamente en cierto establecimiento cafetín situado en el distrito y perteneciente a Juan Morales con la intención de cometer hurto y hurtado varios efectos valorados en cuatro dólares noventa y dos ceintavos; y

POR CUANTO, al leérsele la acusación, hizo la alegación de culpable, e interrogado por la corte sobre si tenía razón legal que aducir para que no se dictara sentencia contestó en la negativa, imponiéndole entonces la corte cuatro años de presidio; y

POR CUANTO, no conforme, apeló, señalando como único error que la pena es excesiva; y

POR CUANTO, celebrada la vista del recurso con la sola asistencia del Fiscal que lo impugnó, examinados los autos no resulta que se haya cometido el error alegado, pues la pena que fija la ley como

castigo al delito cometido por el acusado es la de presidio de uno a quince años. Arts. 408 y 410 del Código Penal, *El Pueblo* v. *Liceaga,* 36 D.P.R. 443;

POR TANTO, se declara sin lugar la apelación interpuesta y se confirma la sentencia recurrida que dictó la Corte de Distrito de Mayagüez el 14 de marzo de 1938.